**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| REGINALD LEAMON ROBINSON | * |
| Plaintiff, | * |
| v. | * |
|  | *   Civil Action No. 18-00518-TNM |
| TRUSTEES OF HOWARD UNIVERSITY, INC., et al. | * |
| Defendants. | * |
|  | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **WAIVER OF THE SERVICE OF SUMMONSES**

To:   Reginald L. Robinson

We represent Defendants Trustees of Howard University, Inc., Anthony Wutoh, Candi Smiley and Vanessa Love (the "Defendants").

We have received your request to waive service of a summons in this action along with a copy of the complaint.

The Defendants agree to save the expense of serving a summons and complaint in this case.

We understand that the Defendants will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that they waive any objections to the absence of service.

We also understand that the Defendants must file and serve an answer or a motion under Rule 12 within 60 days from March 30, 2018.  If they fail to do so, a default judgment may be entered against them.

Date: April 2, 2018                                    /s/
                                                       Timothy F. McCormack
                                                        Fed. Bar No. 03565
                                                       Ballard Spahr, LLP
                                                       300 East Lombard Street, 18th Floor
                                                       Baltimore, Maryland 21202
                                                       Tel: (410) 528-5660
                                                       Fax: (410) 528-5650
                                                       E-mail: mccormackt@ballardspahr.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 2nd day of April, 2018, the foregoing was served via electronic notification and/or first-class postage prepaid mail to:

> Reginald Leamon Robinson
> 1904 Autumn Ridge Circle
> Silver Spring, MD 20906

/s/ _____
Timothy F. McCormack