## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| REGINALD LEAMON ROBINSON | * |
|  | * |
| Plaintiff, | * |
|  | * |
| v. | * |
|  | * Civil Action No. 18-00518-TNM |
| TRUSTEES OF HOWARD UNIVERSITY, INC., et al. | * |
|  | * |
| Defendants. | * |
|  | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **PRAECIPE**

Defendants the Howard University, Anthony K. Wutoh, Vanessa Love and Candi Smiley, in accordance with this Court's Minute Order dated July 6, 2018, file the redline attached hereto as <u>Exhibit A</u>. The redline reflects changes made to Plaintiff Reginald Robinson's Complaint as set forth in the First Amended Complaint.

Respectfully submitted,

/s/ Timothy F. McCormack_____
Timothy F. McCormack, Fed Bar No. 385025
Michelle M. McGeogh, Fed Bar No. 994451

BALLARD SPAHR LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland 21202
Telephone:  (410) 528-5600
Facsimile:  (410) 528-5650
mccormackt@ballardspahr.com
mcgeoghm@ballardspahr.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 20th day of July, 2018, the foregoing was served via first-class postage prepaid mail to:

>Reginald Leamon Robinson
>1904 Autumn Ridge Circle
>Silver Spring, MD 20906

>/s/ Timothy F. McCormack
>Timothy F. McCormack