UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REGINALD LEAMON ROBINSON**,<br><br>Plaintiff,<br><br>v.<br><br>**HOWARD UNIVERSITY, INC.** *et al.*,<br><br>Defendants. | Case No. 1:18-cv-00518 (TNM) |

## ORDER

Upon consideration of the Defendants' Motion to Dismiss or in the Alternative, Motion for Summary Judgment, the pleadings, relevant law, and related legal memoranda in opposition and in support, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Defendants' Motion is GRANTED.  The Court grants summary judgment to the Defendants on Counts 1, 2, 3, 7, 8, and 9 of the Plaintiff's First Amended Complaint.  The remaining Counts are dismissed for failure to state a claim.  It is further

**ORDERED** that Plaintiff's Motion to Delay Response to Defendant's Motion for Summary Judgment to allow for further discovery is DENIED.  Finally, it is hereby

**ORDERED** that the Clerk of Court shall DISMISS the case.

**SO ORDERED**.

This is a final, appealable Order.

Dated: November 20, 2018                     TREVOR N. MCFADDEN, U.S.D.J.