IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINALD LEAMON ROBINSON | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * Civil Action No. 18-00518-TNM |
| HOWARD UNIVERSITY, INC., et al. | * |
| | * |
| Defendants. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION OF DEFENDANTS FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S MOTION FOR RECONSIDERATION**

Defendants Howard University, Anthony K. Wutoh, Candi Smiley and Vanessa Love move to extend the time for response to Plaintiff's Motion for Reconsideration and, in support thereof, says:

1. On November 20, 2018, this Court entered a Memorandum Opinion and Order granting Defendant's Motion to Dismiss, or, in the Alternative, for Summary Judgment, fully disposing of this matter.

2. On or about December 17, 2018, Plaintiff Reginald Leamon Robinson filed his Motion for Reconsideration.

3. Defendants intend to oppose the Motion for Reconsideration.

4. Pursuant to the Federal Rules of Civil Procedure, Defendants' opposition would, without extension, be due on or about January 3, 2019.

5. Defendants now request an extension of the time to oppose the Motion for Reconsideration. The grounds for this motion are the upcoming holidays which eliminate the

number of work days available before the existing deadline, the travel schedules of Defendants' counsel, and the press of other business.

6. The law offices of Ballard Spahr LLP will be closed on December 24 and 25, 2018 in observance of Christmas and the afternoon of December 31, 2018, and all day on January 1, 2019 in observance of New Years' Day.

7. Additionally, Defendant's attorney, Timothy F. McCormack, will be out of the country on a long-scheduled trip from December 25, 2018 through January 4, 2019.

8. Defendants' attorney Michelle M. McGeogh is engaged in preparation for a six-day jury trial, scheduled to begin on January 7, 2019.

9. Mr. McCormack and Ms. McGeogh's associate, Maraya Pratt, has already departed for an extended holiday vacation out of state and will not return to the office until January 2, 2019.

10. Defendants' counsel has requested that Plaintiff, Reginald Leamon Robinson, Esquire, consent to an extension, but have received no response.

WHEREFORE, Defendants Howard University, Anthony Wutoh, Candi Smiley, and Vanessa Love respectfully requests the following relief:

A. That the time for a response to Plaintiff's Motion for Reconsideration be extended through and including January 28, 2019; and

B. That Defendants be granted such other and further relief as is just and equitable.

Date:  December 21, 2018

/s/ _____
Timothy F. McCormack
  D.C. Bar No. 385025
Michelle M. McGeogh
  D.C. Bar No. 994451

BALLARD SPAHR LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland 21202
Tel: (410) 528-5600
Fax: (410) 528-5650
E-mail: mccormackt@ballardspahr.com
             mcgeoghm@ballardspahr.com

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 21st day of December, 2018, the foregoing was served via first-class postage prepaid mail to:

>Reginald Leamon Robinson
>1904 Autumn Ridge Circle
>Silver Spring, MD 20906

/s/
Timothy F. McCormack