## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REGINALD LEAMON ROBINSON**, <br><br> Plaintiff, <br><br> v. <br><br> **HOWARD UNIVERSITY, INC.** *et al.*, <br><br> Defendants. | Case No. 1:18-cv-00518 (TNM) |

## **ORDER**

For the reasons set forth during the Court's February 14, 2019 oral ruling, the Plaintiff's Motion for Reconsideration, ECF No. 36, is hereby DENIED.  The Clerk of the Court is directed to transmit a copy of this order to the U.S. Court of Appeals for the District of Columbia Circuit.

**SO ORDERED**.

Dated: February 14, 2019

TREVOR N. McFADDEN, U.S.D.J.